

FILED

08/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

_____

IN RE PETITION OF JOHN R. VINCENT FOR
REINSTATEMENT TO ACTIVE STATUS IN THE      O R D E R
BAR OF MONTANA

_____

    John R. Vincent has petitioned the Court for reinstatement to active status in the State Bar of Montana. Vincent was placed on inactive status on July 12, 2021, for failing to comply with the Rules for Continuing Legal Education for the reporting year ending March 31, 2021. Vincent has provided a letter from the State Bar certifying that Vincent has now completed all CLE requirements for that reporting year, in accordance with Rule 13 of the CLE Rules. The Petition states that Vincent is not currently subject to disciplinary proceedings and has not committed any acts or omissions sanctionable under the Rules of Professional Conduct while on inactive status. Good cause appearing,

    IT IS HEREBY ORDERED that the petition of John R. Vincent for reinstatement to active status in the State Bar of Montana is GRANTED. Upon payment of any remaining dues, fees, and the state license tax to the State Bar of Montana, Vincent shall be reinstated.

    The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

    DATED this 12th day of August, 2021.

                                                  _____
                                                              Chief Justice

                                                 _____

                                                 _____

                                                 _____

_____

_____

_____
Justices

2